IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RITA SMITH,<br><br>                 Plaintiff,<br><br>v.<br><br>CALDWELL COMMUNITY COLLEGE AND TECHNICAL INSTITUTE, SUSAN WOOTEN, MARK POARCH, KATHY SEITZ, and KENNETH BOHAM,<br><br>                 Defendants. | Civil Action No. 5:16-CV-40-RLV-DSC |

## ORDER

**THIS MATTER** is before the Court on "Plaintiff's Motion to Compel [Discovery Responses]" (document # 12) and "Defendants' Response …" (document #15). Plaintiff has not filed a reply brief and the time for filing a reply has expired.

Plaintiff filed a three-page Motion along with her discovery requests and Defendants' responses. She has not filed a brief in support as required by LR 7.1(c). Moreover, Plaintiff's Motion does not comply with LR 7.1(a) because she does not state with particularity what relief she seeks. Plaintiff states only that "Defendant [sic] objected to every [discovery request] and provided no responses and/or documents." Document #12 at 2. Plaintiff concedes that Defendants subsequently served supplemental responses. Id.

In their response brief, Defendants state they have now produced 221 pages of documents.

For those reasons, the Motion to Compel is <u>denied without prejudice</u>. The parties' counsel are directed to meet and confer as required by the Local Rules. If this matter is not resolved, Plaintiff may renew her Motion to Compel in compliance with the Federal Rules of Civil Procedure, the Local Rules, and the Pretrial Order and Case Management Plan (document #6).

The parties shall bear their own costs <u>at this time</u>.

The Clerk is direct to send copies of this Order to the parties' counsel; <u>and to the Honorable Richard L. Voorhees</u>.

**SO ORDERED.**

Signed: January 23, 2017

David S. Cayer
United States Magistrate Judge